APPLICANT      <u>JUSTIN HAMERLINCK</u>      APPLICATION NO. <u>83,947-01</u>

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_____      Oct. 28, 2015
JUDGE      DATE